Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Asad Al Badwan

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Asad Al Badwan,<br><br>Petitioner,<br><br>v.<br><br>John Mattos, et al.,<br><br>Respondents. | Case No. 2:26-cv-03078-RFB-NJK<br><br>**Unopposed Motion to Extend Time to File Amended 28 U.S.C. § 2241 Petition**<br><br>**(SECOND REQUEST)** |

Petitioner Asad Al Badwan pro se petition for writ of habeas corpus was filed on September 24, 2026.[1] On September 25, 2026, this Court appointed the Federal Public Defender's Office and ordered Respondents to show cause for Petitioner's detention, to produce certain immigration documents, and state their position on whether Petitioner is a *Jacobo-Ramirez* class member.[2] Respondents filed their Response on September 28, 2026.[3] Petitioner's amended petition or traverse is due today, after one extension request.

Undersigned counsel now files this motion to extend time to file the traverse or amended petition and submits it is not filed for the purpose of delay, but in the interests of justice, judicial economy, and Petitioner. Undersigned counsel was able to meet with Mr. Badwan for the first time yesterday, October 15. After speaking with Mr. Badwan, undersigned counsel determined that the audio recording of a September 9, 2026, hearing in immigration court. Undersigned counsel requested this recording from counsel for Respondents on October 16 and has not yet received a response regarding whether it will be produced. Undersigned counsel intends to file a motion for discovery if the recording is not voluntarily produced by Respondents. Accordingly, Petitioner respectfully requests an extension of time of 2 weeks to hopefully allow adequate time for the recording to be produced and reviewed prior to filing the amended petition.

Before filing this motion, counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion. He indicated Respondents are unopposed.

---

[1] ECF No. 1.

[2] ECF No. 3 at 3-4.

[3] ECF No. 5.

For these reasons, counsel respectfully requests an extension of time of 14 days, making the traverse or reply due October 30, 2026.

Dated: October 16, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*

Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 19, 2026