Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Asad Al Badwan

## United States District Court
## District of Nevada

Asad Al Badwan,

Petitioner,

v.

John Mattos, et al.,

Respondents.

Case No. 2:26-cv-03078-RFB-NJK

**Unopposed Motion to Extend Time to File Amended 28 U.S.C. § 2241 Petition or Traverse**

**(THIRD REQUEST)**

Petitioner Asad Al Badwan pro se petition for writ of habeas corpus was filed on September 24, 2026.[1] On September 25, 2026, this Court appointed the Federal Public Defender's Office and ordered Respondents to show cause for Petitioner's detention, to produce certain immigration documents, and state their position on whether Petitioner is a *Jacobo-Ramirez* class member.[2] Respondents filed their Response on September 28, 2026.[3] Petitioner's amended petition or traverse is due today. October 30, 20206, after two extension requests.

Undersigned counsel now files this motion to extend time to file the traverse or amended petition and submits it is not filed for the purpose of delay, but in the interests of justice, and Petitioner. After speaking with Mr. Badwan, undersigned counsel determined that the audio recording of a September 9, 2026, hearing in immigration court. Undersigned counsel requested this recording from counsel for Respondents and received it on Tuesday, October 27. Undersigned counsel now requires this short last extension in order to speak to Mr. Badwan prior to filing an amended petition or traverse. Accordingly, Petitioner respectfully requests an extension of time of 3 days, because undersigned counsel was unable to obtain a legal call with Mr. Badwan before Monday morning.

Before filing this motion, counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion but did not receive a response by the time of filing.

---

[1] ECF No. 1.

[2] ECF No. 3 at 3-4.

[3] ECF No. 5.

For these reasons, counsel respectfully requests an extension of time of 3 days, making the traverse or reply due November 2, 2026.

Dated: October 30, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: November 2, 2026